Thomas N. Petersen, #103037
Black, Chapman, Petersen & Stevens
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
(541) 779-7430 - Fax
Litigation@blackchapman.com
Attorney for Plaintiff

Douglas M. (Gregory) Kilduff, #77002
Ericksen Arbuthnot
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825
(916) 483-5181
(916) 483-7558 - Fax
dkilduff@ericksenarbuthnot.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN M. HEATH**, <br><br> Plaintiff, <br> vs. <br><br> **REYNOLDS RESORTS - LAKE SISKIYOU, LLC**, <br><br> Defendant. | Case No: 2:15-CV-00571-MCE-CMK <br><br> **STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the settlement between plaintiff and defendant through their counsel, plaintiff's complaint and all claims therein shall be dismissed with prejudice and without costs or attorneys' fees for either party.

//

Stipulation and Order of Dismissal - 1

It is hereby stipulated to:

| | |
|---|---|
| /s/Thomas N. Petersen | /s/Douglas M. (Gregory) Kilduff |
| Thomas N. Petersen, SB 103037 | Douglas M. (Gregory) Kilduff, SB 77002 |
| Attorney for Plaintiff | Attorney for Defendant |
| | |
| Dated: March 31, 2016 | Dated: March 31, 2016. |

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED with prejudice and without costs or attorneys' fees to either party.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 5, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order of Dismissal - 2